PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
4:22CR00026-001

DOCKET NUMBER *(Rec. Court)*
2:25-cr-00064-JAD-EJY-1

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Khiare Terrell Taylor | UTAH | SOUTHERN |

✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
MAR 17 2025
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: AMMi DEPUTY

NAME OF SENTENCING JUDGE
Clark Waddoups, Senior U.S. District Judge

| DATES OF PROBATION/SUPERVISED RELEASE | FROM 08/09/2024 | TO 08/08/2027 |
|---|---|---|

**OFFENSE**
Count 1: Felon in Possession of a Firearm and Ammunition

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Taylor is from Nevada and his family resides there. He does not plan to return to Utah.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE        DISTRICT OF        UTAH

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the        NEVADA        upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

_3/13/2025_
Date

_[signature]_
United States District Judge

---

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE        DISTRICT OF        NEVADA

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_3/19/2025_
Effective Date

_[signature]_
United States District Judge